No. 84–266.  VENNERI v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–268.  A–1 KING SIZE SANDWICHES, INC. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 11th Cir.   Certiorari denied.

No. 84–272.  SCOTT v. SCOTT.   Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 84–285.  LAMPTON v. BOSSE.   C. A. 7th Cir.   Certiorari denied.

No. 84–289.  MENDIA v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–347.  SHAW v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 84–362.  GLASS PACKAGING INSTITUTE ET AL. v. REGAN, SECRETARY OF THE TREASURY, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 84–393.  WACHOVIA BANK & TRUST CO., N. A. v. BANISTER.   C. A. 2d Cir.   Certiorari denied.

No. 84–395.  FIELD v. COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 2d Cir.   Certiorari denied.

No. 84–454.  MORRISON ET UX. v. COUNTY OF SAN DIEGO. Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 84–472.  WILSON v. DUGGER, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–475.  LAUGHLIN RECREATIONAL ENTERPRISES, INC. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–484.  BERKOVITZ ET AL. v. ISLAMIC REPUBLIC OF IRAN ET AL.   C. A. 9th Cir.   Certiorari denied.